**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| KRISTIAN BALAS, | : No. 339 MAL 2016 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| v. | : the Order of the Commonwealth Court |
| | : |
| WORKERS' COMPENSATION APPEAL BOARD (COVENTRY PLUMBING AND LANGTON), | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.